UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>        Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>        Defendant. | Case No. 25-cv-02841-NW<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On March 26, 2025, Firsov filed a complaint and application to proceed *in forma pauperis*. ECF Nos. 1, 2. On April 4, 2025, the Court denied Firsov's application to proceed *in forma pauperis* finding that he failed to establish that he could not pay the filing fee required to pursue his action. ECF No. 6. Firsov was ordered to pay the required court filing fee by April 25, 2025, or risk dismissal of his case. *Id.*

Firsov requested a fee waiver hearing, which the Court granted and heard on April 23, 2025. ECF Nos. 10, 11, 13. At the hearing, the Court considered Firsov's additional financial paperwork (filed under seal to protect the privacy of Firsov's family). ECF No. 14. After considering the information, the Court denied Firsov's motion for reconsideration of the order denying his *in forma pauperis* application. ECF No. 15. In the interest of justice, the Court extended Firsov's deadline to pay the filing fee to May 16, 2025. *Id.*

On May 19, 2025, because Firsov had still not paid his filing fee, the Court issued a report and recommendation to dismiss the action without prejudice. ECF No. 21. On the same day, Firsov filed a second application to proceed *in forma pauperis*. ECF No. 23.

On May 27, 2025, the Court separately denied Firsov's second *in forma pauperis* application and ordered Firsov to pay the required court filing fee, in full, by June 18, 2025. ECF

No. 27. The Court warned Firsov that failure to make this payment will result in dismissal of this action without prejudice. *Id.*

On June 9, 2025, the Court administratively terminated several motions Firsov filed due to his failure to pay the required court filing fees. ECF No. 34. In the order, the Court noted Firsov's June 18, 2025 deadline to pay the filing fee. *Id.*

As of June 23, 2025, Firsov has not yet paid his filing fee, despite multiple opportunities. Accordingly, this case is DISMISSED without prejudice for Firsov's failure to pay the required court filing fee. The Court VACATES the case management conference set for July 1, 2025, at 9:00 a.m., and directs the Clerk to dismiss this case. Accordingly, Firsov's pending motions at ECF Nos. 35 and 36 are DENIED as moot.

**IT IS SO ORDERED.**

Dated: June 23, 2025

Noël Wise
United States District Judge