UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEY FIRSOV,<br><br>        Plaintiff,<br><br>    v.<br><br>ALASKA AIRLINES, INC.,<br><br>        Defendant. | Case No. 25-cv-05487-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING CASE RELATIONSHIP** |

Plaintiff filed this action on June 30, 2025 against Defendant, one week after the Honorable Noël Wise dismissed a prior case by Plaintiff against the same defendant. It is hereby **ORDRED** that the above captioned case is **REFERRED** to Judge Wise to determine whether it is related to *Firsov v. Alaska Airlines*, Case No. 25-cv-2841-NW.

**SO ORDERED.**

Dated: July 16, 2025

SUSAN VAN KEULEN
United States Magistrate Judge